RECEIVED
IN LAKE CHARLES, LA

MAR 16 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

Date: MARCH 16, 2010
Present: JUDGE: PATRICIA MINALDI
Court Reporter, Martha Frye
Minute Clerk, Jo Ann Benoit

Court Opened: __11:15__ A.M.
Court Adjourned: __11:20__ A.M.
Statistic Time:/ 05

## MINUTES OF COURT

**Check those that apply:**

| | |
|---|---|
| Criminal Number: 09-CR-00316-001 | ____ Defendant in custody |
| Defendant: **PHILLIP M. WARD** | _X_ Defendant on bond, bond continued |
| USA Attorney: John Luke Walker | ____ Bond set at |
| Defendant's Attorney: Walter M. Sanchez | ____ Bond Canceled |
| [ ] CJA  ( )FPD  (X) Retained  ( ) Waived | ____ Failed to Appear, Warrant Ordered |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_X_ Case called for RE-ARRAIGNMENT on ___COMPLAINT ___ BILL OF INFO. _X_ INDICTMENT

The Court states that Mr. Sanchez was her divorce attorney and asked if the Government or Mr. Sanchez want a recusal. Mr. Sanchez states that his client asks that the Court recuse its self from the case. The request for recusal is granted and the case is referred to Magistrate Judge Kay for the plea.