U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 22 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 09-00316 |
| VS. | : | JUDGE WALTER |
| PHILLIP M. WARD | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that the guilty plea of the defendant, Phillip M. Ward is ACCEPTED and that Phillip M. Ward is adjudged guilty of the offense charged in Count Two of the Indictment.

THUS DONE AND SIGNED in Chambers at Shreveport, Louisiana, this 22 day of April, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE